1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   mgifford@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone: 213/488-4100
   Telecopier: 213/488-4180
6
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9               UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13  CARPENTERS SOUTHWEST            ) CASE NO. CV 10-03196 SVW(RCx)
    ADMINISTRATIVE CORPORATION,     )
14  a California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE       ) [PROPOSED] JUDGMENT
15  CARPENTERS SOUTHWEST            )
    TRUSTS,                         )
16                                  )
                    Plaintiffs,     )
17                                  )
    v.                              )
18                                  ) Before the Honorable
                                    )       Stephen V. Wilson
    CAMARILLO ENGINEERING INC., a  )
19  California corporation; and DOES 1 )
    through 10, inclusive,          )
20                                  ) DATE:  October 4, 2010
                    Defendant.      ) TIME:  1:30 p.m.
21  _____ ) CTRM:  6

22

23      This case came for hearing on October 4, 2010 before the Honorable

24  Stephen V. Wilson, United States District Court Judge.

25      It appearing that defendants, CAMARILLO ENGINEERING INC., a

26  California corporation, ("DEFENDANT") having been regularly served with

27  process, having failed to plead or otherwise defend this action and its default

28  having been entered; on application of the CARPENTERS SOUTHWEST

FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE

2  CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered

3  the papers and arguments submitted in support thereof, and good cause appearing

4  therefore,

5        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

6  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

7  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

8  have judgment as follows:

9        AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE

10  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

11  SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST

12  CAMARILLO ENGINEERING INC., a California corporation:

| | | |
|---|---|---:|
| 13 | 1.   Unpaid contributions | $35,736.16 |
| 14-16 | 2.   Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due dates to October 4, 2010 (accruing at $6.95 per day) | 4,180.95 |
| 16-17 | 3.   Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 4,180.95 |
| 18 | 4.   Attorneys' fees pursuant to Local Rule 55-3 | 2,744.17 |
| 19 | GRAND TOTAL | $46,842.23 |

20  5.   Plus costs to be determined after entry
      of judgment.

21
22  6.   Pursuant to 28 U.S.C. §1961(a), this judgment
      shall bear interest at the rate of _.26_% per annum.

23        AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE

24  CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

25  SOUTHWEST TRUSTS'S SECOND CLAIM FOR RELIEF AGAINST

26  CAMARILLO ENGINEERING INC., a California corporation:

27        For an order compelling DEFENDANT to submit its reports for the period

28  July 2009 through October 2009, with payment for the fringe benefit

2

1 | contributions.

2 |        AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE

3 | CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

4 | SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST

5 | CAMARILLO ENGINEERING INC., a California corporation:

6 |        For an order compelling submission to an audit of their business records for

7 | the period January 2, 2007 to the present and allowing the auditors to examine and

8 | copy the following books, records, papers, documents and reports:  cash

9 | disbursements ledgers, forms W-2, 1099 and vendor lists.

10 |

11 | DATED:  12/2/10

12 |        THE HONORABLE STEPHEN V. WILSON
   |        UNITED STATES DISTRICT JUDGE

13 |

14 | Presented by,

   | DeCARLO, CONNOR & SHANLEY

15 | A Professional Corporation

16 |

17 | By: _Margaret R. Gifford_  11/19/10
   |      MARGARET R. GIFFORD

18 |      Attorney for Plaintiffs

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3